UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-CR-00257 LJO |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE, AKA, "ROGELIO,", | |
| Defendants. | |

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to John Doe, aka, "Rogelio," without prejudice.

IT IS SO ORDERED.

Dated:   **March 8, 2017**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE

1